Dear Clerk,

7-14-15

I recieved a letter from my appellate attorney, SUSAN SCHOON, of Schoon Law Firm, P.C.; 200 N. Seguin Ave; New Braunfels, TX 78130, dated October 25, 2014 that she had "recieved notice recently that the Court of Criminal Appeals refused to consider" my "case". This is in reference to my Petition for Discretionary Review she filed following my direct appeal. Upon several requests, Schoon has failed to send me a copy of this notice and/or to give me the date of this notice. I need this date for purposes of determining when the 12-15 month period to file my 2254 writ of habeas corpus begins and ends. I am told that you can provide me with the date my PDR was refused via a copy of my docket sheet - cause no. 04-12-00843-CR. If this is so, please send me a copy of my docket sheet. If this is not so, please send me documentation that demonstrates such.

Thank you,

Charles B Harris # 1822971

Michael Unit

2664 FM 2054

Tennessee Colony, TX

75886

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 20 2015

Abel Acosta, Clerk

cc: personal records